UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 440

FILED
IN COURT
CHARLOTTE, N. C.

OCT 1 7 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| Nicholas DiBruno | Jointly Administered |
| Wendy DiBruno | |
| Debtors | |
| **LANGDON M. COOPER, Trustee In Bankruptcy for Joseph A. DiBruno, Sr., Nicholas and Wendy DiBruno, Joseph A. DiBruno, Jr.** | Bankruptcy Court Adversary Proceeding No. 05-3481 |
| Plaintiff, | |
| vs. | |
| **Steve Jenkins d/b/a Steve's Paint & Body Shop and Mary Long Reese** | |
| Defendants | |

Cooper v. Jenkins et al             Doc. 1

## ORDER WITHDRAWING REFERENCE OF ADVERSARY PROCEEDING

THE UNDERSIGNED U.S. DISTRICT JUDGE hereby withdraws reference of the above-captioned Adversary Proceeding from the Bankruptcy Court, pursuant to 28 U.S.C. §157(d), for further proceedings in U.S. District Court.

SO ORDERED, this 17th day of October, 2005.

Graham C. Mullen
Chief United States District Judge