UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 440

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| Nicholas DiBruno<br>Wendy DiBruno | Jointly Administered |
| | Adversary Proceeding No.<br>05-3481 |
| Langdon M. Cooper, Trustee<br>In Bankruptcy for Joseph A.<br>DiBruno, Sr., Nicholas and Wendy<br>DiBruno, Joseph A. DiBruno, Jr. | |
| Plaintiff<br>vs. | **ORDER DISMISSING<br>ADVERSARY PROCEEDING<br>WITHOUT PREJUDICE** |
| Steve Jenkins d/b/a Steve's Paint<br>& Body Shop and Mary Long Reese | |
| Defendants<br>Debtors | |

This matter came on to be heard this day upon motion of the Chapter 7 Bankruptcy Trustee for the above referenced Debtors for entry of an Order dismissing this adversary proceeding; and it appears that good cause exists, it is, therefore

**ORDERED** that this adversary proceeding is dismissed without prejudice.

Signed: January 5, 2009

Graham C. Mullen
United States District Judge